No. 71–597. ANGLE, DBA KANSAS REFINED HELIUM Co. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–598. MANTZARIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–601. OZARK AIR LINES, INC. v. CIVIL AERONAUTICS BOARD. C. A. 8th Cir. Certiorari denied.

No. 71–603. NOWAK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–607. DECAVALCANTE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–610. TOWN PARK HOTEL CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 71–612. VON POPPENHEIM v. PORTLAND BOXING & WRESTLING COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–614. SEVERSON ET UX. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 447 F. 2d 631.

No. 71–5141. CLARKE v. BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 71–5150. DOWLINGTZON v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–5160. SMILEY v. NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.